## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: SPARRER SAUSAGE COMPANY, INC., ) | Case Number 12-04289 |
| ) | |
| Debtor ) | Chapter 11 |
| _____ ) | |
| ) | Honorable Eugene R. Wedoff |
| THE UNSECURED CREDITORS COMMITTEE ) | |
| OF SPARRER SAUSAGE COMPANY, INC., ) | Adversary Case No. 13-01195 |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| JASON'S FOODS, INC., ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Defendant Jason's Foods, Inc. ("Defendant"), by and through its undersigned counsel, pursuant to 28 U.S.C. §158(a) and Rule 8001(a) of the Federal Rules of Bankruptcy Procedure, hereby appeals to the United States District Court for Northern District of Illinois from the Judgment Order [Dkt No. 37] which was entered in favor of Plaintiff The Unsecured Creditors Committee of Sparrer Sausage Company, Inc. and against Defendant on August 27, 2014 by the Honorable Eugene R. Wedoff, Bankruptcy Judge for the United States Bankruptcy Court for the Northern District of Illinois, Eastern District. A true and correct copy of the Judgment Order appealed from is attached hereto as Exhibit A. A copy of the Civil Cover Sheet for the United States District Court for the Northern District of Illinois is attached hereto as Exhibit B.

The names of all parties to the judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are set forth on the following page as follows:

4840-9969-4366.1

| | **Parties** | **Attorneys** |
|---|---|---|
| 1. | Plaintiff-The Unsecured Creditors Committee of Sparrer Sausage Company, Inc. | Scott N. Schreiber<br>Pamela J. Leichtling<br>Clark Hill PLC<br>150 N. Michigan Ave.<br>Suite 2700<br>Chicago, Illinois 60601<br>Tel: (312) 985-5900<br>Fax: (312) 985-5999 |
| 2. | Defendant-Jason's Foods, Inc. | Theodore E. Harman<br>Ungaretti & Harris LLP<br>70 W. Madison Street, Suite 3500<br>Chicago, Illinois 60602<br>Tel.: (312) 977-4400<br>Fax: (312) 977-4405 |

DATED:     September 9, 2014.

                        Respectfully submitted,

                        By:    s/ Theodore E. Harman
                                Theodore E. Harman (#6202346)
                                UNGARETTI & HARRIS LLP
                                3500 Three First National Plaza
                                Chicago, Illinois  60602
                                312.977.4400
                                312.977.4405 (Facsimile)
                                Email: teharman@uhlaw.com

                                Attorney for Jason's Foods, Inc.

**EXHIBIT A**

Case 13-01195-CV-D7879 Document #: 91 Filed: 10/06/14 Page 3 of 7 PageID #:3 Main

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12 B 04289 |
| SPARRER SAUSAGE COMPANY | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| THE UNSECURED CREDITORS | ) | |
| COMMITTEE OF SPARRER SAUSAGE | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 A 01195 |
| | ) | |
| JASON'S FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons stated in the Memorandum of Decision filed herewith, judgment on the plaintiff's Adversary Complaint is entered in favor of the plaintiff in the amount of $242,595.32.

Dated: August 27, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

**EXHIBIT B**

Case 13-01195-cv-07879 Document 09/#9114iledEntered 10/00/09/Page 5 of 3215PageID #:5 Main
Document    Page 5 of 7

## CERTIFICATE OF SERVICE

I, Theodore E. Harman, an attorney, hereby certify that on September 9, 2014, I electronically filed the foregoing Defendant **JASON'S FOODS, INC.'S NOTICE OF APPEAL** with the Clerk for the United States Bankruptcy Court for the Northern District, using the CM/ECF system which will send notice to the parties of record.

s/ Theodore E. Harman
THEODORE E. HARMAN

**United States Bankruptcy Court**
NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604
**Jeffrey P. Allsteadt, Bankruptcy Clerk**

Date                            September 10, 2014

Case Number                     13 A 1195

Case Name       Unsecured Creditors Committee of Sparrer Sausage C v. Jason's Foods, Inc.

Notice of Appeal Filed          September 9, 2014

Notice of Cross Appeal Filed

Dear Sir/Madam:

A Notice of Appeal having been filed pursuant to **Bankruptcy Rule 8002**, please be notified that the Record on Appeal will be transmitted to the United States District Court when the record is complete for the purpose of appeal.

**Bankruptcy Rule 8006** requires that, within fourteen (14) days of the filing of the Notice of Appeal, the Appellant must file the following with the Clerk of the United States Bankruptcy Court:

▸    A Designation of the Content of the Record on Appeal
▸    A Statement of the Issues to be presented on Appeal

If the above are not filed within the fourteen (14) day time period as provided by **Bankruptcy Rule 8006**, the appeal will not be perfected.

**Bankruptcy Rule 8006** further states:  If the record designated by any party includes a transcript of any proceeding, the party shall, immediately after filing the designation, deliver to the reporter and file with the clerk a written request for the transcript and made satisfactory arrangements for payment of its cost.

**Local Rule 9070-1**(B) states: Upon request, parties shall make the exhibits and transcripts or copies thereof available to any other party to copy at its expense.

By Deputy Clerk

Carel Dell Weston

cc: Bankruptcy Judge & Attorneys of Record

Revised (02/14)lh

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: SPARRER SAUSAGE COMPANY, INC., ) | | Case Number 12-04289 |
| ) | | |
| Debtor ) | | Chapter 11 |
| _____) | | |
| ) | | Honorable Eugene R. Wedoff |
| THE UNSECURED CREDITORS COMMITTEE ) | | |
| OF SPARRER SAUSAGE COMPANY, INC., ) | | Adversary Case No. 13-01195 |
| ) | | |
| Plaintiff, ) | | |
| v. ) | | |
| ) | | |
| JASON'S FOODS, INC., ) | | |
| Defendant. ) | | |

### APPELLANT'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Appellant Jason's Foods, Inc. ("Appellant"), hereby (I) states the issues to be presented on appeal from the August 27, 2014 Judgment Order [Dkt. No. 37] and (II) designates the following items to be included in the record on appeal. Appellant reserves the right to amend and supplement this statement of issues and designation of items to be included in the record on appeal.

### I.    STATEMENT OF ISSUES ON APPEAL

1.  Did the Bankruptcy Court err in cutting off the "Historical" or "Baseline" Period as of April 15, 2011?

2.  Did the Bankruptcy Court err in determining the payment of an invoice aged 14 days was not subject to the ordinary course of business defense under Section 547 (c)(2)(A) of the Bankruptcy Code?

3.  Did the Bankruptcy Court err in determining the payments of invoices aged 29 days were not subject to the ordinary course of business defense under Section 547

4851-9330-9982.1

(c)(2)(A) of the Bankruptcy Code?

4. Did the Bankruptcy Court err in determining the payments of invoices aged 31 days were not subject to the ordinary course of business defense under Section 547 (c)(2)(A) of the Bankruptcy Code?

5. Did the Bankruptcy Court err in determining the payment of an invoice aged 37 days was not subject to the ordinary course of business defense under Section 547 (c)(2)(A) of the Bankruptcy Code?

6. Did the Bankruptcy Court err in determining the payment of an invoice aged 38 days was not subject to the ordinary course of business defense under Section 547 (c)(2)(A) of the Bankruptcy Code?

## II. DESIGNATION OF ITEMS FOR RECORD ON APPEAL

1. Complaint by Unsecured Creditors Committee of Sparrer Sausage Company, Inc. against Jason's Foods, Inc. with Exhibit A filed September 30, 2013. [Dkt. No. 1]

2. Answer to Complaint by Jason's Foods, Inc. filed October 30, 2013. [Dkt. No. 6]

3. Agreed Motion to Strike Trial and Pre-trial dates and Resolve Matter Pursuant to Stipulated Facts with Attachment #1 of Proposed Order filed June 18, 2014. [Dkt. No. 20].

4. Order granting Motion to Strike enterd on June 24, 2014. [Dkt. No. 22].

5. Brief on Stipulated Facts filed by Jason's Foods, Inc. on July 18, 2014. [Dkt. No. 24].

6. Joint Statement of Uncontested Facts filed on July 18, 2014. [Dkt. No. 25].

7. Exhibit(s) 1-7 to Joint Statement of Uncontested Facts filed on July 18,

4851-9330-9982.1

2014. [Dkt. No. 27].

8.  Amended Brief in Support of the Unsecured Creditors Committee of Sparrer Sausage Company, Inc.'s Position filed on July 21, 2014. [Dkt. No. 28].

9.  Transcript regarding Hearing held on July 22, 2014 filed on July 30, 2014. [Dkt. No. 30].

9.  Reply Brief on Stipulated Facts filed by Jason's Foods filed on August 5, 2014. [Dkt. No. 31].

10. Transcript regarding Hearing held on August 19, 2014.[1]

11. Transcript regarding Hearing held on August 26, 2014.[2]

12. Memorandum Opinion entered on August 27, 2014. [Dkt. No. 36].

13. Judgment Order entered on August 27, 2014. [Dkt. No. 37].

DATED:     September 22, 2014.

Respectfully submitted,

By:    s/ Theodore E. Harman
Theodore E. Harman (#6202346)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
312.977.4400
312.977.4405 (Facsimile)
Email: teharman@uhlaw.com

Attorney for Jason's Foods, Inc.

---

[1] Appellant has requested that this transcript be placed on the docket.

[2] Appellant has requested that this transcript be placed on the docket.

4851-9330-9982.1

## CERTIFICATE OF SERVICE

I, Theodore E. Harman, an attorney, hereby certify that on September 22, 2014, I electronically filed the foregoing **APPELLANT'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** with the Clerk for the United States Bankruptcy Court for the Northern District, using the CM/ECF system which will send notice to the parties of record.

                                                  s/ Theodore E. Harman
                                                  THEODORE E. HARMAN

4851-9330-9982.1