# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 10, 2016

Before:
JOEL M. FLAUM, Circuit Judge
ANN CLAIRE WILLIAMS, Circuit Judge
DIANE S. SYKES, Circuit Judge

| | |
|---|---|
| No. 15-2356 | THE UNSECURED CREDITORS COMMITTEE OF SPARRER SAUSAGE COMPANY, INC., Plaintiff - Appellee, v. JASON'S FOODS, INC. Defendant - Appellant. |
| **Originating Case Information:** ||
| District Court No: 1:14-cv-07879 Northern District of Illinois, Eastern Division District Judge Ronald A. Guzman ||

The judgment of the District Court is **REVERSED**, with costs, and the case is **REMANDED**, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit